IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-MJ-00169 |
| v. | |
| Edwardo Guardado | **MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

**IT IS ORDERED that the defendant's pretrial release conditions be modified as follows.**

**ADD:**

- Records checks shall be conducted by U.S. Pretrial Services to monitor the additional conditions of supervision.

IT IS SO ORDERED THIS  30th  day of  June , 2025.

_____
The Honorable Stacie F. Beckerman
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**